UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

September 25, 2000

Case No.: 2:95-CV-137-FTM-25

Re: Holmes v. Wal-mart

## NOTICE OF EXHIBITS RETURNED OR DESTROYED

The records in this case indicate that this case was disposed of more than thirty (30) days ago. The records also indicate that the Clerk's Office is in possession of various exhibits used during the proceedings.

*Pursuant to Local Rule 5.04, or where applicable Local Rule 5.05, you are notified that you have thirty (30) days to contact the Clerk's Office to arrange for the removal of the exhibits from the custody of the Clerk's Office, or the exhibits will be disposed of, or destroyed, as permitted by Local Rule 5.04.* **(Some parties may not have presented exhibits at trial, or they have already been returned).**

Sheryl L. Loesch, CLERK
UNITED STATES DISTRICT COURT

_____
Al Alayon, Deputy Clerk 941-461-2006

**YOU MUST CALL THE ABOVE CLERK PRIOR TO PICKING UP ANY EXHIBITS IN YOUR CASE**

_____

Exhibits returned to _____ on _____

Exhibits disposed or destroyed by Al Alayon on OCT 31 2000